UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:      JAMES A. NEWBILL, III,                    Case No. 18-32044-KRH
                                                      Chapter 13
            Debtor.

## ORDER TO SHOW CAUSE

On April 18, 2018, James A. Newbill, III (the "Debtor") filed a petition for relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), thereby commencing the above-captioned bankruptcy case (this "Bankruptcy Case").  On June 25, 2018, the Court entered an order setting a hearing for July 18, 2018 (the "Hearing") to determine whether the Bankruptcy Case should be dismissed after the United States Trustee certified that the Debtor failed to attend his Section 341 meeting held on June 7, 2018.  The Debtor appeared at the Hearing, but Debtor's counsel, Joseph S. Massie, III, failed to appear.  In consideration whereof, it is

**ORDERED** that Joseph S. Massie, III is ordered to attend a hearing on **Wednesday, August 15, 2018**, at **12:00 p.m.** in Judge Huennekens' Courtroom, Room 5000, U.S. Courthouse, 701 East Broad Street, Richmond, Virginia 23219, and show cause why sanctions should not be imposed for failing to appear at the Hearing.

ENTERED: Jul 23 2018

                                             /s/ Kevin R. Huennekens
                                        UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  Jul 23 2018

**Copies to:**

**Joseph S. Massie, III**
Massie Law Firm, P.C.
115 North 1st Street, Ste 100
Richmond, VA 23219

**James A. Newbill, III**
613 E Glassstone Ave
Richmond, VA 23222

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218